# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>**THIS DOCUMENTS RELATES TO** <br>**10-CV-01749 ONLY** | **MDL NO. 2179**<br><br>**SECTION:  J**<br><br>**JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |
| --- | --- |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Scott Parker, Scottie M. Dufrene, Jesse Landry and Leon Brunet, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, who dismiss the above captioned matter without prejudice.  Plaintiffs certify that no party filed an answer or any other responsive pleading.

BY ATTORNEY:

_____
C. ARLEN BRAUD, II, #20719
MICHELLE O. GALLAGHER, #23886
Braud & Gallagher, L.L.C.
506 Water Street, Suite A
Madisonville, LA 70447
Telephone:  (985) 845-0372
Facsimile:   (985) 845-9908